SEALED

FILED

JUL 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for UNITED STATES OF AMERICA

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

11 In re Amended Search Warrant for Records for     CASE NO. 2:12-SW-324 DAD
   Gmail Account Name:
12 wpacquisitions@gmail.com                         APPLICATION AND [PROPOSED]
                                                    ORDER TO SEAL AMENDED
13                                                  SEARCH WARRANT AND
                                                    RELATED DOCUMENTS
14
                                                    UNDER SEAL
15

        For the reasons set forth in the accompanying amended search warrant affidavit in the above-captioned proceeding, the United States requests that the search warrant and search warrant affidavit in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court.

Dated:  July 11, 2012                               Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By:     _____
                                                    TODD A. PICKLES
                                                    Assistant U.S. Attorney

Application and [Proposed] Order to Seal                       1
Search Warrant and Related Documents

## [PROPOSED] ORDER

(handwritten: DAD)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT the amended search warrant and search warrant affidavit in the above-captioned proceeding, along with this order, be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED.

Date: July 11, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge
Eastern District of California

Application and [Proposed] Order to Seal
Search Warrant and Related Documents

2